LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 W. Century Boulevard, Suite 500
Los Angeles, CA 90045

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA          **JS-6**

| | |
|---|---|
| BOARD OF TRUSTEES OF SHEET METAL WORKERS' PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, an incorporated county of the State of California,<br><br>Defendant. | Case No. CV11-04992 CAS (CWx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

The Court, having considered the Parties' Stipulation Re Dismissal With Prejudice, hereby dismisses the above captioned action with prejudice.

IT IS SO ORDERED

Dated: November 18, 2011

_____
Honorable Christina A. Snyder
Judge of the United States District Court
Central District

548201.1 LO140-327

[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE